Certificate Number: 14912-CAC-DE-040097121

Bankruptcy Case Number: 25-17102


14912-CAC-DE-040097121

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2025, at 6:07 o'clock PM EDT, Andreas Da Costa completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: September 16, 2025      By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor